# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
### Administrative Review and Risk Management
#### Offender Grievance

**7-22CV-122-0**





**TO:** NEPTALI ORELLANA
**TDCJ #:** 1730384
**UNIT:** MI
**FROM:** Central Grievance Office

**SUBJECT:** Correspondence

Your documents received in this office have been reviewed and a response is indicated below. Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency; however, are not considered an emergency, through the Offender Grievance Procedure. **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

- ☒ Your correspondence was received at the Central Grievance Office and has been forwarded to Unit Administration for further review.
- ☐ Your correspondence was forwarded to this office by the **Ombudsman's Office**. That office does not respond to offender complaints or requests.
- ☒ Please utilize the Offender Grievance Procedure to address your concerns.
- ☒ A copy of the Instructions on How to Write and Submit Grievances is enclosed for your information.
- ☐ Your Step 1 grievance(s) was properly screened.
- ☒ Direct this issue to the **PREA** OMBUDSMAN OFFICE. & OPI
- ☒ Direct this issue to OIG. (SEE THE OTHER SIDE OF THIS FORM).
- ☐ It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.
- ☐ This issue is currently being addressed by unit officials. Grievance # _____ is under review at Step _____.
- ☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.
- ☐ Records indicate that Grievance # _____ was returned to you on _____.
- ☐ Attachments returned.

Demando Alos Diretores e Guardianes
Guardianes
por tortura, seccion 1983 civil
Violasin
emieda (8) la unit
Sexual
tortura (8), mi unit

See Reverse Side

| | | |
|---|---|---|
| TO: | TDCJ #: | UNIT: |
| FROM: Central Grievance Office | | SUBJECT: Offender Correspondence |

You should always attempt to resolve your problem informally at your unit with staff, department and security supervisors, or the warden. Verbally communicate the problem, or submit an I-60 Offender Request to Official. Sending your concerns to the wrong department or agency is inappropriate and only delays valuable response time. Your prison-related issues can be addressed in a timely manner by directing them to the appropriate responsible TDCJ department listed below.

☒ **Offender Protection Issues (OPI):** Immediately contact a correctional officer; security supervisor; warden; assistant warden; or the Classification Department at your unit.

☐ **Offender Grievance Procedure:** Issues regarding unit operations, disciplinary disputes, property issues, mail or any other matter relating to conditions of care or supervision may be formally addressed through the Offender Grievance Procedure if informal contact (verbally or I-60) with unit staff does not address your concerns. Submit your Step 1 grievance to the Grievance Department at your unit. Allow ample time for the Grievance Department to investigate your complaint and return a reply to you. If you appeal a decision to the next level, you must submit a Step 2 grievance along with the original answered Step 1 grievance to the Grievance Department at your unit. Step 2 grievances are reviewed by the regional authority or the Central Grievance Office if you are dissatisfied with the response on the Step 1. **Directing grievances to unrelated offices may result in expiration of your grievable time period.**

If you have already pursued the issue through the Offender Grievance Procedure at Step 1 and Step 2; no other administrative remedies are available to you regarding the issue. You may pursue the matter in any manner you choose outside of the agency.

☐ **Medical Care:** The unit physician is the primary care provider at the unit level and is responsible for the determination of medical treatments, medications, medical restrictions, and scheduling of services. You should attempt to resolve your problem at the unit level first by contacting the unit medical administrator in writing (sick call request or I-60 request form) for assistance. Subsequently, if you are not in agreement with the provider's response you may utilize the grievance process. You will not be transferred for medical reasons without the approval and recommendation of unit health care providers.

☒ **Office of Inspector General (OIG) Investigation:** Complaints or allegations relating to excessive or unreported use of force, physical harm by staff, or any crime committed by an offender or employee on state property should be directed to the Office of Inspector General, Investigation Division at P.O. Box 4003, Huntsville, TX, 77342. Full details must be provided in order to initiate an investigation in this manner.

☐ **Classification:** Issues related to time disputes; time calculations; sentencing; concurrent time and stacked time; jail time; forfeited good conduct time; back dated good conduct time; class; promotions; cell assignment; or information on various programs should be directed to the Classification Chief at your unit or the Classification & Records Department at P.O. Box 99, Huntsville, TX, 77342-0099.

☐ **Transfer:** Offenders are not at liberty to choose their unit of assignment. Notify the Classification Department at your unit if you have a reason that warrants a transfer. A request for a hardship transfer may be made if an immediate family member, listed on your approved visitation list, is unable to travel long distances. To be considered, you must be at least L1/G3, with no major disciplinary cases for 1 year and more than 200 miles from home. The family member may submit their request along with a letter from their doctor to verify the medical disability to Joni White, TDCJ-Classifications & Records Department at P.O. Box 99; Huntsville, TX, 77342-0099. A transfer is not guaranteed, but the request will be reviewed for consideration.

☐ **Parole:** Parole review status issues should be directed to the Board of Pardons and Paroles at P.O. Box 13401, Capitol Station, Austin, TX 78711.

☐ **Education:** Issues related to education should be directed to the Windham School Principal at your unit. Continuing Education issues should be directed to Windham School at P.O. Box 40, Huntsville, TX, 77342. You will not be considered for educational transfer without Windham recommendation.

☐ **Trust Fund & Commissary:** Issues related to your commissary account should be directed to Inmate Trust Fund at P.O. Box 629, Huntsville, TX, 77342. Issues related to commissary purchases, items stocked, or special requests should be directed to the commissary supervisor at your unit.

☐ **Food Service:** Issues related to meals, sack lunches, or special diet menus should be sent to the food service manager for resolution at your unit. If the issue is not resolved at the unit level, then contact the Director of Food Service at P.O. Box 99, Huntsville, TX, 77342-0099

☐ **Legal Assistance:** Issues such as conviction appeal, detainers, divorce, or child support should be directed to an offender's attorney or State Counsel for Offenders, Legal Services Section at P.O. Box 4005, Huntsville, TX, 77342-4005.

☐ **Law Library:** All offender legal issues related to unit operations such as, access to courts; legal visits with other offenders; world attorney visits; indigent, legal or correspondence supplies; postage; policy; and state law information requests should be directed to the law library supervisor at your unit.

☐ **Security Threat Group (STG):** If you feel you have been incorrectly identified as a member of a security threat group, or wish to begin the disassociation process, you should contact the Security Threat Group Officer (STGO) at your unit. The STGO will know the proper procedure to follow in having your STG status reviewed. You may also write to the Security Threat Group Management Office (STGMO) at P.O. Box 99; Huntsville, TX, 77342-0099. However, the STG Management Office relies more on requests and information submitted to them by the Unit STGO than directly from offenders.

☐ **Lockdowns & Shakedowns:** Unfortunately, offenders who had nothing to do with a disturbance are often included in a lockdown, and all offenders at a unit are affected by a semi-annual shakedown. The procedures for implementing a lockdown or shakedown are well established and have proven effective in restoring order and ensuring the security of the unit, as well as the safety of offenders and staff. That does not mean the process is pleasant for offenders or staff

☐ **Laundry/Necessities/Unit Supply:** These items are available on a on for one exchange. You must turn in an item to receive a like item. Resolutio must first be attempted on the unit for issues involving laundry/necessities an unit supply.

☐ **Rehabilitation Programs:** Questions regarding rehabilitation are to be directed to: Rehabilitation Program Division at 4616 W. Howard Ln. Suite 200; Austin, TX 78728.

☐ **Religion:** Any issue related to religious programs; services; holidays; or activities should be directed through the Chaplain at your unit or the TDCJ Chaplaincy Department at P.O. Box 99, Huntsville, TX, 77342-0099.

See Reverse Side

*add. in and F constant torture 2011 — To 2022*
*constitution emienda (8)   continuo continuos torture*

Neptali Orellana                                    1/24/22

01730384

Operations for prisoners that work to assassinate inside of me and are torturing me, they do not let me sleep. Computerized machines make me see images or things when I am laying down, when trying to sleep. Sexual abuse they make me think that I am the one that is dreaming. They make me remember my family. Then they make it to where I am looking at them, it's a lot of images. But in reality, they are showing afterwards. I am having a hard time sleeping and they provoke insomnia. They repeat everything I think, they make me hear everything again. Through sensors in my ears distant electrical rays I block, stomach is cold or color, low pressure, high pressure, organisms, propagated visions, rectal pulses. In my penis, controlled substances through electrical currents, pain in my fingers, loss of my toenails, a lot of pain on my tongue like fire provoked by the machines made to kill and torture. They are programmed to kill, torture, and to make me crazy and other prisoners that are in building 12. Solitary segregation the medical director has 65 programs on prostates at the Michael unit, and Skyview *unit* unit. They have thrown me to the ground against my will and they have electrocuted me without my consent. I have been writing to the Warden Marshall but he is not responding.

Michael cause 45:1983 prisoner civil. Exhaustion of Administrative remedies waiver of reply mental and emotional injury attorneys' fees. ~~U.S.C.~~ basis for action under section ~~~~ or ~~~~ of this title. They are arguing that I am crazy, they make programs to torture foreign people, then they have put me in involuntarily, violating my civil rights.

Translated by:

Dahlia Copen

*texas TDCJ corrupt*

*conversation to converse*
*tired tired*
*Joribol torture  eminda (8)*

*MD. S.O. woods, Director*
*texas Department of criminal Justice*
*Institutional Division Records and classification*
*P.O. Box 99*
*Huntsville texas                        Warden marchal*
*Director de Michael Progra. ma? Salumental, unit mi*
*                                                  unit  J*
*                        Davi     Warden,*
*                         Mayor              J7*
~~Peter~~ *sene lan saton ensina                    FEB 28 2022*
*Directora skyview       unit, may llecto, Ala fursy*

Advance Programs of Sexual Abuse
Job Program Discrimination.

Various programs of Torture not letting me sleep
rectal bleeding, extreme Pain in rectum.
Bleeding from mouth, Terrible Manipulation
Mental and emotional. threats of assassination, to me and my family, very cold or Hot, voices en my ears, they pull on my rectum outward, Sometimes I can't walk because they pull and my rectum, I ask to revise the hard disc from the computers Because they are Machines use for assassinations with constant torture, they are terrorists circuit services closed Texas, TDCJ, No4. unit. They are Sexual predator Prisoners monitoring program Facial Personalization. they are pulling out my nails of my feet, they don't let me sleep

They put sounds in my ears, they make me see things while I'm asleep. They put chemicals in mi mouth, in my rectum. They dry out my skin, lips, they cause Lungs to Lock up. They dry my mouth, throat. They've knocked off my nail of my right Thumb, They cause me to have a bowl movement while I talk to someone. They sexually abuse me, they make my legs to go Numb also my hands. feel pain all over my body, They've knocked off my Nails from my feet with chemicals Laser arsenal control programs controlled through computers monitor facial Technology And chemical sensory Medical - Problems, Ak toa

e miedo Violando las leller internacional sexual Asalto, ↓
seccion. 1983 civil Accion. TORTUR Monitoreo facial PoR Satelite
         Torobramas, memoria. Por. computer, tortur
         Discrimination, terrorismo
         → texas TDCJ, terorismo

Office of inpector General OIG investigation

P.O. Box 4003. Huntsville tx 77342

Mr. S.O. Woods Director,
texas Department of criminal Justice
Institutional Division Records And classification
P.O. Box 99
Huntsville texas
ZP 77340

~~Warden, unit 2101 FM 369 North~~    Cristiano, pre Dicador
~~Allred~~                              ~~de~~ nA Peligoso

Warden,, Y, Mayor, NA Drives    Mi no, loco, de savilitado
Allred unit 2101 FM 369 North,  Discriminacion
Iowa Park, tx 76367

innocence NePtali Armando Orellana Ya APele mi caso (1)
② ③ tiraron mis Documentos de la corte ne gesito
Plis Please Be released to general Population muevene,
    12. D. 46. Celda  ↗
10, Solitario en segregacion,    onorable masistrado, Please
                                                  Please
Pido mi liverta por tan, tosufirimiento       eniega (8)
Pido mi liverta por tanto sufirimiento, torture, seccion, 1983

Retaliation (Armando Obellvie, 17:30 OSE)

computer TDCJ TX as id

POSSBan Jobibol electric NA sleep at a voltmeter. AIS; All data, out químicos BMS and sexual abuse; future monitoring post

Informing conversation 2011-2022 October

horrible 2011-2022 24 October

Plus chec Jell violent torture instrument, operation, information. Retaliation 2?
offenders stuped predator, Retaliation
TDCJ, tx. laptop predator for failing to Protect
Prison warden for failing to Protect
TexasTDCJ; offended → assassinate

Discrimination Rasismo, Satanismo, tesorismo, List de Sec, torture, RRenal Unit. Lou.

TX (no, es, os, sv)

terorismo, mo, tx, TDCJ satanis mo

E. Batellia

NA Medical Medical Mental Orellana, na

D46

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## State Classification Committee (SCC)
### *Security Detention Review Hearing Record*

## I. OFFENDER INFORMATION

*Instructions:* Correctional staff shall notify the offender at least 24 hours, and no more than two weeks, prior to the restrictive housing committee (RHC) hearing. Correctional staff shall read the 'notification' to the offender and have the offend ___ ign in. (if the offender refuses, document the refusal). On the hearing date, unit correctional staff shall ensure this form (I-189) and the following documents are ___ ailable ___ the SCC: the offender's travel card or a profile, the offender's unit file, necessary computer screens, and appropriate forms (I-169, I-169A and I-201).

Offender Name: **Orellana, Neptali**   TDCJ # **1730384**   Unit **JA**

Category/Reason for Placement in Security Detention [✓ any of the following that apply]:
- ☐ Current Escape Risk;
- ☑ Threat to the physical safety of others and/or the order and security of the facility; and/or
- ☐ Confirmed member of a security threat group (STG)

Type of hearing (✓ appropriate one): ☐ 60-day hearing;   ☑ 180-day hearing;

Offender Notification   [Read (➤) to the offender; do **not** provide a copy]:

NOTE: Was a certified interpreter used? ☑ Yes ☐ N/A; If 'yes', who was the interpreter? (print name): **Garnice**

➤ "You will be scheduled for a RHC hearing during the week of **10/06/22**. You have the right to attend the hearing, to make a statement, to submit written statements from witnesses, and to submit other documentary evidence."

Offender was notified on: **9-28-22** at: **1:15**; by: **A. Garnice**   **Co Iv**
(Date)            (Time)                (Print Name)            (Rank/Title)

Offender Signature: _____ ; Staff Signature: _____

## II. HEARING

*Instructions:* An SCC member (or designee) shall complete Section II to document the hearing and evidence presented or considered.

Hearing Date/Time: on **10/6/22**, at **10:04**;    9/1e  a/1e

Was the offender present? ☐ Yes ☑ No; If no, provide the reason(s) (medical, mental health, safety, security concerns, or offender refused): alie

Was a certified interpreter used? ☐ Yes ☐ N/A;   If 'yes' who was the interpreter? (print name): ___

Was the offender excluded from the hearing during the taking of evidence? ☑ Yes ☐ No ☐ If 'yes', provide the reason(s): ___

Offender's Statement: ___

Did the offender provide a written statement? ☐ Yes ☑ No;   (If 'yes', it must be attached).
If witness(es) were requested, were any or all excluded? ☐ Yes ☐ No ☐ N/A; If 'yes', provide the reason(s): ___

Witness statement: ___

If documentary evidence was presented, was it excluded? ☐ Yes ☐ No ☑ N/A; (Note: Attach docume ___
If 'yes', provide the reason(s): ___

NA

Did not Attend

Interview with Offender:
- Disciplinary Violations: **S4/mH**
- Medical Services Requested:
- Offender/Staff Interaction:
- Program Participation:
- Psychiatric Services Requested:
- Offender Request:
- Other:

I-189; pg. 1 of 2 (8/2019)    CANARY: Classification & Records    WHITE: offender's unit file

Orellana, Neptali
1730384

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
State Classification Committee (SCC)
*Security Detention Review Hearing Record*

### III. COMMITTEE DECISION

*Instructions:* The SCC designee shall complete Section III to document the SCC's decision and the basis for the decision.

SUMMARY of the basis for the SCC's decision:

- [ ] Escape Risk (ES)
- [ ] History of Multiple Assaults
- [x] Offender Assaultive
- [ ] Staff Assaultive (SA)
- [ ] Hostage Taker (HS)
- [ ] Defeats Restraints (SR)
- [x] Weapons Possession (WP) 9/1/2021
- [ ] Other (Specify): _____ S4/MH _____

- [ ] Riot Participation
- [ ] Extortion Activity
- [ ] Sexually Assaultive
- [ ] Serious Bodily Injury
- [ ] Confirmed STG _____
- [ ] Multiple Administrative Segregation Placements
- [ ] Unresolved Felony Charges (pertaining to current security detention status)

DISPOSITION — The offender shall (√ one):
- [x] Remain on current status until __04/2023__.
- [ ] Promote to: _____
- [ ] Be released to general population (Note recommended custody _____)
  - By transfer? [ ] Yes; [ ] No; If 'yes', note the unit: _____

SPECIAL CONDITIONS OR RESTRICTIONS required for security purposes: _____

REFERRALS (√ if any): [ ] Medical Department; [ ] Behavioral Health; [ ] STG Officer; [ ] Other (Specify): _____

Attended by the following staff (Print name and rank or title and sign initials below): Liling SCC _____ (SCC Representative)*

_____ AW __ ; and _____ NHL _____
(Warden or designee)                    (Name/Rank of other staff, as deemed appropriate)

➤ * Was the SCC representative connected via telephone? [ ] Yes; [x] No

### IV. OFFENDER NOTIFICATION OF DECISION

*Instructions:* Correctional staff making the notification to the offender shall complete this section and, provide the offender (either in person or via truck mail) the "pink" copy of this completed hearing record. If the offender is not present at the hearing, the correctional staff making the notification will generally complete this section with only the "canary" and "pink" copies of the form the SCC will keep the original following the hearing.

Offender Notified by: _____  Staff Signature/Date: _____ 10.6.22
(Print Name & Rank/Title)

I-189; pg. 2 of 2 (8/2019)    CANARY: Classification & Records    WHITE: offender's unit file    PINK: offender

Neptali Armando Osellan #01730384
Lopes V Allred Unit
2101 Fm 369 North
Iowa Park, TX 76367

LEGAL CORRESPONDENCE

RECEIVED
NOV 30 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St. Room 310
Fort Worth, TX 76102

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION