IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **NEPTALI ARMANDO ORELLANA,** <br> **TDCJ No. 01730384,** <br><br> Plaintiff, <br><br> v. <br><br> **TDCJ,** <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:22-cv-122-O |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **30th day** of **January, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**